ADVANCED DISABILITY ADVOCATES
Kevin Hong (SBN 299040)
3010 Wilshire Blvd. #516
Los Angeles, CA 90010
Telephone: (310) 926-2519
Facsimile:  (310) 634-1258
adadvocates@gmail.com

Attorneys for Plaintiff
KIMBERLY COLEMAN

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLY COLEMAN,<br><br>     Plaintiff,<br><br>vs.<br><br>2876 ALONDRA, LLC d/b/a NATE'S PLAZA MARKET; and DOES 1 through 10 inclusive,<br><br>     Defendants. | **Case No.: 2:18-cv-7478 R (Ex)**<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE CASE WITHOUT PREJUDICE** |

**PLEASE TAKE NOTICE** that Plaintiff KIMBERLY COLEMAN ("Plaintiff") pursuant to Federal Rule of Civil Procedure Rule 41(a)(1) hereby voluntarily dismisses the entire action *without prejudice* pursuant to Federal Rule of Civil Procedure Rule 41(a)(1) which provides in relevant part:

(a) **Voluntary Dismissal.**

  (1)  *Without a Court Order*.  Subject to Rules 23(e), 23.1(c), 23.2, and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:

1

**NOTICE OF VOLUNTARY DISMISSAL OF CASE**

      (i)  A notice of dismissal before the opposing party serves either an answer or a motion for summary judgment.

None of the Defendants has answered Plaintiff's Complaint, or filed a motion for summary judgment.  Accordingly, this matter may be dismissed without an Order of the Court.

Dated:  July 2, 2019      ADVANCED DISABILITY ADVOCATES

            By: /s/ Kevin Hong
              Kevin Hong, Esq.
              Attorneys for Plaintiff